ORDER:
Motion granted.

*E. Clifton Knowles*

U.S. Magistrate Judge

FILED

2010 JUL -1 PM 2:06

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

# IN THE UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF TENNESSEE

### AT NASHVILLE

LARRY SNEED,

      Plaintiff,

    vs.

EXPERIAN, TRANSUNION,
MIDLAND CREDIT MANAGEMENT,
and HSBC BANK NEVADA, N.A.

      Defendants

CASE NO. 10-cv-0543

JUDGE ECHOLS

## PLAINTIFF'S REQUEST FOR LEAVE TO REPLY TO DEFENDANT'S ANSWERS

Comes now the plaintiff to request leave to file a reply to the defendant's answers, pursuant to Rule 7(a)(7), Federal Rules of Civil Procedure, and in support thereof would show the Court the following:

1. The form filed in the state court for the issuance of plaintiff's complaint was not sufficient for a detailed explanation of the action brought. No supplementary filings were allowed. In the interest of justice, allowing the plaintiff to reply to defendant's answers would further clarify and explain the complaint to facilitate a better understanding, both to the Court and defendants.

2. To allow the plaintiff to reply would also aid the Court in its judicious review of all of the defendant's accusations and refute

Case 3:10-cv-00543   Document 31   Filed 07/02/10   Page 1 of 1 PageID #: 102