**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| LARRY SNEED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-0543 |
| | ) | Judge Trauger |
| EXPERIAN, TRANSUNION, | ) | Magistrate Judge Knowles |
| MIDLAND CREDIT MANAGEMENT, and | ) | |
| HSBC BANK, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Upon the reassignment of this case to Judge Trauger (Docket No. 41), it is hereby

**ORDERED** that the referral of this case to Magistrate Judge Knowles (Docket No. 15) shall

remain in place.

It is so **ORDERED**.

ENTER this 2nd day of August 2010.

_____
ALETA A. TRAUGER
U.S. District Judge