IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LARRY SNEED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| vs. ) | CASE NO. 3:10-cv-0543 |
| ) | JUDGE ECHOLS/KNOWLES |
| ) | |
| ) | |
| EXPERIAN, TRANSUNION, ) | |
| MIDLAND CREDIT MANAGEMENT, ) | |
| and HSBC BANK NEVADA, N.A., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court upon the pro se Plaintiff's "Motion to Determine Status" with regard to two previous Motions he has filed. Docket No. 52. The Motion is GRANTED. The status of these Motions is that the Court has entered an Order and a Report and Recommendation (Docket Nos. 53, 54) addressing the two Motions about which Plaintiff inquires.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge