**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

LARRY SNEED,                                       )
                                                   )
      Plaintiff,                                )
                                                   )
v.                                                 )    Civil No. 3:10-0543
                                                   )    Judge Trauger
EXPERIAN, TRANSUNION,                              )    Magistrate Judge Knowles
MIDLAND CREDIT MANAGEMENT, and                     )
HSBC BANK,                                         )
                                                   )
      Defendants.                               )

## O R D E R

On September 30, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 53), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's "Motion For Remand" (Docket No. 12) is **DENIED**.

This case is **RETURNED** to the Magistrate Judge for further handling under the original referral Order.

It is so **ORDERED**.

ENTER this 3rd day of November 2010.

_____
ALETA A. TRAUGER
U.S. District Judge